

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-19-00352-CV

IN THE INTEREST OF Z.G., A CHILD

§ On Appeal from the 360th District Court

§ of Tarrant County (360-536127-13)

§ April 1, 2021

§ Memorandum Opinion by Chief Justice Sudderth

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was error in the trial court's judgment. The judgment is modified to delete all seven numbered findings on pages 3–4 of the final order. It is ordered that the judgment of the trial court is affirmed as modified.

It is further ordered that appellant Father shall pay all of the costs of this appeal, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS

By   /s/ Bonnie Sudderth  

    Chief Justice Bonnie Sudderth